190 So. 292

**R. C. BALKUM (alias Balkom) v. STATE.**

**4 Div. 98.**

Supreme Court of Alabama.

June 29, 1939.

J. M. Rowe, of Elba, for petitioner.

Thos. S. Lawson, Atty. Gen., for the State.

FOSTER, Justice.

Petition of R. C. Balkum (alias Balkom) for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Balkum v. State, 190 So. 290.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.